*Paul Jones* for appellant.

*William D. Cunningham* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK LIFE INSURANCE COMPANY, Respondent, *v.* JOHN F. GILCHRIST et al., Constituting the State Tax Commission et al., Appellants.

*Tax — franchise tax on life insurance company    erroneous to base tax upon gross amount of premiums without allowance for return of unearned premiums.*

*People ex rel. N. Y. Life Ins. Co.* v. *Gilchrist,* 208 App. Div. 757, affirmed.

(Argued March 31, 1924; decided April 15, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 13, 1924, which sustained a writ of certiorari, annulled a determination of the state tax commission overruling relator's application for revision, readjustment and resettlement of its franchise tax levied under section 187 of the Tax Law and based upon the gross amount of premiums received during the year 1919, and remitted the proceeding to the state tax commission with directions to revise and resettle the tax. The question was whether relator was entitled to deduct the sum of unearned premiums returned on cancellation of policies.

*Carl Sherman, Attorney-General (H. P. Kehoe* of counsel), for appellants.

*James H. McIntosh* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.